1
2
3
4
5
6
7
8

The Honorable Lauren King
Magistrate Theresa L. Fricke

9
10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

11

SABRINA MARIE KENDALL,

12

Plaintiff,

13

v.

14

WASHINGTON DEPARTMENT OF
CORRECTIONS, et. al.,

15
16

State

17

Defendants.

18

NO.  3:21-cv-05502-LK-TLF

STATE DEFENDANTS' ANSWER TO
PRISONER CIVIL RIGHTS
COMPLAINT

AND JURY DEMAND

19
20

**I.     INTRODUCTION**

21

Defendants WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency

of the state of Washington, STEPHEN SINCLAIR, DEBORAH "JO" WOFFORD, LISA

22

ANDERSON-LONGANO, M.D., and PAUL CLARK (collectively State Defendants), in answer

23

to Plaintiff's complaint, admit, deny, and allege as follows as to each sequentially numbered

24

paragraph beginning on page 12:

25
26

STATE DEFENDANTS' ANSWER TO PRISONER
CIVIL RIGHTS COMPLAINT
No.  3:21-cv-05502-LK-TLF

1

## II.      NATURE OF THE ACTION

1.      State Defendants ADMIT that Plaintiff is asserting causes of action pursuant to the Americans with Disabilities Act of 1990 (ADA), the Rehabilitation Act of 1973, and 42 U.S.C. § 1983, but DENY all other allegations contained in paragraph 1.

2.      State Defendants ADMIT that Plaintiff is currently incarcerated at the Washington Corrections Center for Women (WCCW), that she was previously temporarily transferred to the custody of Yakima County for a portion of her penal sentence, and that she has at times experienced health conditions that were addressed with a wheelchair, but DENY all other allegations contained in paragraph 2.

## III.      JURISDICTION AND VENUE

3.      State Defendants ADMIT that Plaintiff is asserting causes of action pursuant to the ADA, the Rehabilitation Act of 1973, and 42 U.S.C. § 1983, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 3 and therefore DENY the same.

4.      State Defendants ADMIT the allegations contained in paragraph 4.

## IV.      PARTIES

5.      State Defendants ADMIT that Plaintiff is currently incarcerated at WCCW; the remaining allegations contained in paragraph 5 constitute conclusions of law to which no response is required, but to the extent one may be deemed necessary, State Defendants DENY the same.

6.      State Defendants ADMIT the allegations contained in paragraph 6.

7.      State Defendants ADMIT the allegations contained in paragraph 7.

8.      State Defendants ADMIT that Stephen Sinclair is sued in his official capacity, is a former Secretary of the Washington State Department of Corrections (DOC) and as such was one of multiple civil servants responsible for the overall oversight, operation, and administration

STATE DEFENDANTS' ANSWER TO PRISONER
CIVIL RIGHTS COMPLAINT
No. 3:21-cv-05502-LK-TLF

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

of the State's correctional system, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 8, some of which are legal conclusions not requiring a response, and therefore DENY the same.

9.       State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 and therefore DENY the same.

10.       State Defendants ADMIT that Deborah "Jo" Wofford is a Gender Responsive Administrator for DOC and was formerly a Superintendent at WCCW, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 10 and therefore DENY the same.

11.       State Defendants ADMIT that Christina Freeburg is sued in her official capacity, but are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11, some of which are legal conclusions not requiring a response, and therefore DENY the same.

12.       State Defendants ADMIT that Lisa Anderson-Longano, M.D. was a Physician 3 at WCCW, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 12 and therefore DENY the same.

13.       State Defendants ADMIT that Paul Clark was a Health Services Manager 1 for DOC, and has since been promoted to a Health Services Manager 3, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 13 and therefore DENY the same.

## V.       FACTS

14.       State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 and therefore DENY the same.

15.       State Defendants ADMIT that Plaintiff was furnished a bariatric wheelchair by the State, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 15 and therefore DENY the same.

STATE DEFENDANTS' ANSWER TO PRISONER
CIVIL RIGHTS COMPLAINT
No.  3:21-cv-05502-LK-TLF

3

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

16.     DENY.

17.     State Defendants ADMIT that on or about 26 July 2018, custody of Plaintiff was temporarily transferred from WCCW to the Yakima County, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 17 and therefore DENY the same.

18.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 and therefore DENY the same.

19.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 and therefore DENY the same.

20.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 and therefore DENY the same.

21.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 and therefore DENY the same.

22.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 and therefore DENY the same.

23.     State Defendants ADMIT that Plaintiff authored a letter dated 18 August 2018 addressed to Stephen Sinclair and describing a variety of what she perceived to be safety concerns in Yakima County facilities, but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 23 and therefore DENY the same.

24.     DENY.

25.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 and therefore DENY the same.

26.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 and therefore DENY the same.

STATE DEFENDANTS' ANSWER TO PRISONER          4
CIVIL RIGHTS COMPLAINT
No.  3:21-cv-05502-LK-TLF

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

27.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 and therefore DENY the same.

## VI.   CLAIMS

28.     To the extent paragraph 28 seeks to incorporate the assertions of prior paragraphs, State Defendants answer correspondingly to each as set forth above.

29.     DENY.

30.     To the extent paragraph 30 seeks to incorporate the assertions of prior paragraphs, State Defendants answer correspondingly to each as set forth above.

31.     State Defendants ADMIT that DOC receives funding from the federal government, but DENY all other allegations contained in paragraph 31.

32.     State Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 and therefore DENY the same.

33.     To the extent paragraph 33 seeks to incorporate the assertions of prior paragraphs, State Defendants answer correspondingly to each as set forth above.

34.     DENY.

35.     DENY.

36.     To the extent paragraph 36 seeks to incorporate the assertions of prior paragraphs, State Defendants answer correspondingly to each as set forth above.

37.     DENY.

38.     DENY.

## VII.   RELIEF DEMANDED

1.     State Defendants DENY that Plaintiff is entitled to any of the relief sought by the second paragraph numbered 1.

2.     State Defendants DENY that Plaintiff is entitled to any of the relief sought by the second paragraph numbered 2.

STATE DEFENDANTS' ANSWER TO PRISONER
CIVIL RIGHTS COMPLAINT
No. 3:21-cv-05502-LK-TLF

5

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

3.      State Defendants DENY that Plaintiff is entitled to any of the relief sought by the second paragraph numbered 3.

## VIII.   AFFIRMATIVE DEFENSES

By way of FURTHER ANSWER and FIRST AFFIRMATIVE DEFENSE, State Defendants allege that Plaintiff's complaint has failed to state a claim upon which relief may be granted.

By way of FURTHER ANSWER and SECOND AFFIRMATIVE DEFENSE, State Defendants allege that Plaintiff's claims are barred by the statute of limitations.

By way of FURTHER ANSWER and THIRD AFFIRMATIVE DEFENSE, State Defendants allege that that if Plaintiff suffered any damages, recovery therefor is barred or limited by her failure to mitigate such damages.

By way of FURTHER ANSWER and FOURTH AFFIRMATIVE DEFENSE, State Defendants allege that the State of Washington, its agencies and agents, including each of the individual State Defendants, are not subject to civil suit for damages under the Eleventh Amendment of the Constitution of the United States.

By way of FURTHER ANSWER and FIFTH AFFIRMATIVE DEFENSE, State Defendants allege that the claims alleged under 42 U.S.C. § 1983 against each of Stephen Sinclair, Deborah "Jo" Wofford, Lisa Anderson-Longano, M.D., and Paul Clark are barred by the doctrine of qualified immunity.

By way of FURTHER ANSWER and SIXTH AFFIRMATIVE DEFENSE, State Defendants allege that the injuries and damages claimed by Plaintiff were proximately caused by the fault of a party for whom State Defendants are not responsible.

By way of FURTHER ANSWER and SEVENTH AFFIRMATIVE DEFENSE, State Defendants allege that Plaintiff failed to file a claim against the State of Washington as required by RCW 4.92.100 and 4.92.110 with respect to State law claims alleged.

STATE DEFENDANTS' ANSWER TO PRISONER
CIVIL RIGHTS COMPLAINT
No.  3:21-cv-05502-LK-TLF

6

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

1    By way of FURTHER ANSWER and EIGHTH AFFIRMATIVE DEFENSE, State

2  Defendants allege that Plaintiff failed to exhaust her administrative remedies as required by the

3  Prison Litigation Reform Act of 1996.

4    WHEREFORE, State Defendants pray that Plaintiff's complaint be dismissed with

5  prejudice, that Plaintiff take nothing by her complaint, and that State Defendants be allowed their

6  costs and reasonable attorney fees herein. In the event this case proceeds to trial, State Defendants

7  demand that this case be tried to a jury.

8    DATED this 21st day of December, 2021.

9                                    ROBERT W. FERGUSON
                                     Attorney General
10

11                                   *s/Mark J. Rachel*
                                     MARK J. RACHEL, WSBA No. 54395
12                                   Assistant Attorney General
                                     1250 Pacific Avenue, Suite 105
13                                   P.O. Box 2317
                                     Tacoma, WA 98401 -2317
14                                   Telephone: (253) 593-5243
                                     Fax: (253) 593-2449
15                                   E-mail:   Mark.Rachel@atg.wa.gov
                                     Attorney for State Defendants
16

17

18

19

20

21

22

23

24

25

26

**DECLARATION OF SERVICE**

I declare that on this 21st day of December 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, and a copy was sent by U.S. mail, postage prepaid, to the following:

Sabrina Marie Kendall, DOC #729655
Washington Corrections Center for Women
9601 Bujacich Road
Gig Harbor, Washington 98332

DATED this 21st day of December 2021.

ROBERT W. FERGUSON
Attorney General

*s/Mark J. Rachel*
MARK J. RACHEL, WSBA No. 54395
Assistant Attorneys General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401 -2317
Telephone: (253) 593-5243
Fax: (253) 593-2449
E-mail:   Mark.Rachel@atg.wa.gov
Attorneys for State Defendants

STATE DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT FOR DAMAGES
AND JURY DEMAND
No.  3:21-cv-05625-RSL

8

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243