2/23/22

Dear

Ravi Subramanian (Court clerk)

Greetings. I am writing regarding case # 3:21-cv-05502-BHS-TLF. I filed a case against Wa Department of Corrections, I did this In Forma Pauperis. I remember the court filing fee being over 400.00 dollars. I would like to know how much exactly I owe left because I have a family member who is going to pay the remainder. Where exactly do they send it? And is a Money order ok? Please let me know as soon as possible.

Sincerly,

FILED _____ LODGED
_____ RECEIVED
FEB 28 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY

SaBrina Kendall 729655
WCCW
9601 Bujacich Rd NW
Gig Harbor, Wa
98332

S. Kendall

SaBrina Kenda ll #796655 MD2240
Washington Correction Center for Women
9601 Bujacich Rd NW
Gig Harbor, Wa
98332

TACOMA WA 983
24 FEB 2022 PM 2  L

FILED _____ LODGED
RECEIVED

FEB 28 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

United States District Court
Western District of Washington
1717 Pacific AVE
Tacoma, Wa.
98402

98402-320099

* USA * FOREVER *