THE HONORABLE THERESA L. FRICKE
THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SABRINA MARIE KENDALL,

                    Plaintiff,

vs.

WASHINGTON DEPARTMENT OF
CORRECTIONS, et al.,

                    Defendants.

NO.  3:21-cv-05502-LK-TLF

NOTICE OF ASSOCIATION

TO:          ALL PARTIES AND THEIR ATTORNEYS OF RECORD

AND TO:      CLERK OF THE ABOVE-ENTITLED COURT

        YOU, AND EACH OF YOU, will please take notice that JOHN E. JUSTICE of Law,

Lyman, Daniel, Kamerrer & Bogdanovich, P.S. is hereby associated with DON L. ANDERSON

as attorneys for Defendants Yakima County Department of Corrections, Ed Campbell and

Christina Freeburg in the above-entitled action.  It is requested that any and all further

pleadings also be served upon the undersigned attorneys at the address listed below.

//

//

//

NOTICE OF ASSOCIATION – 1
Cause No.:  3:21-cv-05502-LK-TLF

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1     Dated this 20th day of April, 2022.

2                                              LAW, LYMAN, DANIEL, KAMERRER
                                               & BOGDANOVICH, P.S.
3
                                               */s/ John E. Justice*
4                                              _____
                                               John E. Justice, WSBA No. 23042
5                                              Attorney for Defendants Yakima County
                                               Department of Corrections, Ed Campbell and
6                                              Christina Freeburg
                                               P.O. Box 11880, Olympia, WA 98508
7                                              Phone:  (360) 754-3480 Fax: 360-754-3480
                                               Email: jjustice@lldkb.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF ASSOCIATION – 2
Cause No.:  3:21-cv-05502-LK-TLF

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this date, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following parties:

**_Plaintiff Pro Se:_**
Sabrina Kendall, DOC No. 729655
Washington Corrections Center for Women
9601 Bujacich Road NW
Gig Harbor, WA 98332-8300
DOCWCCWInmateFederal@DOC1.WA.GOV

**_Counsel for Defendant Washington Department of Corrections, Steven Sinclair, Lisa Anderson-Longano, Paul Clark and Jo Wofford:_**
Mark J. Rachel
Attorney General's Office (Tacoma)
1250 Pacific Ave Ste 105
P.O. Box 2317
Tacoma, WA 98401-2317
mark.rachel@atg.wa.gov

**_Co-Counsel for Defendant Yakima County Department of Corrections, Ed Campbell and Christina Freeburg:_**
Don L. Anderson
Yakima County Prosecuting Attorney's Office
128 N 2nd St Rm 211
Yakima, WA 98901-2639
don.anderson@co.yakima.wa.us

DATED this 20th day of April, 2022 at Tumwater, WA.

/s/ Tam Truong

_____
Tam Truong, Legal Assistant

**NOTICE OF ASSOCIATION – 3**
**Cause No.: 3:21-cv-05502-LK-TLF**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*