1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**THE HONORABLE THERESA L. FRICKE**
**THE HONORABLE LAUREN KING**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

SABRINA MARIE KENDALL,

               Plaintiff,

vs.

WASHINGTON DEPARTMENT OF
CORRECTIONS, et al.,

               Defendants.

**NO.  3:21-cv-05502-LK-TLF**

**YAKIMA COUNTY**
**DEFENDANTS' ANSWER**

    **TO:**   **Plaintiff, Sabrina Marie Kendall, pro se**

    Defendants Yakima County Department of Corrections, Ed Campbell and Christina Freeburg (Yakima County Defendants) answer plaintiff's complaint as follows:

    1.    This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.

    2.    Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

    3.    This paragraph makes no factual allegations against the Yakima County Defendants and thus requires no response.

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

4.    This paragraph makes no factual allegations against the Yakima County Defendants and thus requires no response.

5.    Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

6.    This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.

7.    Yakima County Defendants admit Defendant Yakima County Department of Corrections is an agency of Yakima County and operates the Yakima County Jail.  The remainder of this paragraph is denied.

8.    This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.

9.    Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

10.    This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.

11.    Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

12.    This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.

13.    This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.

14.    Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

15.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

16.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

17.     Yakima County Defendants admit plaintiff was temporarily transferred to the Yakima County Jail but are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore deny the same.

18.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

19.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

20.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

21.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

22.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

23.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

24.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

25.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

26.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

27.     Yakima County Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

28.     Yakima County Defendants incorporate their responses to paragraphs 1-27 above.

29.     Yakima County Defendants deny the same.

30.     Yakima County Defendants incorporate their responses to paragraphs 1-29 above.

31.     This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.  To the extent it makes allegations against the Yakima County Defendants, it is denied.

32.     Yakima County Defendants deny the same.

33.     Yakima County Defendants incorporate their responses to paragraphs 1-32 above.

34.     Yakima County Defendants deny the same.

35.     Yakima County Defendants deny the same.

36.     Yakima County Defendants incorporate their responses to paragraphs 1-35 above.

37.     This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.  To the extent it makes allegations against the Yakima County Defendants, it is denied.

38.     This paragraph makes allegations against other defendants and requires no response from the Yakima County Defendants.  To the extent it makes allegations against the Yakima County Defendants, it is denied.

Yakima County Defendants further deny plaintiff is entitled to the relief she seeks in her Relief Demanded, items 1-3.

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Yakima County Defendants allege:

1.     That the plaintiff has failed to state a claim for which relief can be granted against these defendants.

2.     That qualified immunity precludes plaintiff's claims.

3.     That the public duty doctrine and qualified and/or good faith immunity preclude plaintiff's state law claims.

4.     That the plaintiff's comparative fault proximately caused her damages, if any.

5.     That the plaintiff failed to mitigate her damages, if any.

6.     That the plaintiff failed to exhaust applicable administrative remedies prior to filing suit as required by the Prison Litigation Reform Act.

7.     That the plaintiff's damages, if any, were caused by fault of parties not in the control of the Yakima County Defendants.

8.     That sovereign immunity precludes plaintiff's claims.

9.     That the plaintiff's claims are barred by the applicable statute of limitations.

10.    That the plaintiff failed to submit a Notice of Claim as required by state law.

Yakima County Defendants expressly reserve the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

WHEREFORE, Yakima County Defendants pray as follows:

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1          1.       That plaintiff's Complaint be dismissed with prejudice and that plaintiff take

2    nothing by her Complaint and that Yakima County Defendants be allowed their costs and

3    reasonable attorneys' fees herein.

4          Dated this 21st day of April, 2022.

5                                                    LAW, LYMAN, DANIEL, KAMERRER
6                                                    & BOGDANOVICH, P.S.

7                                                    */s/ John E. Justice*

8                                                    _____
                                                     John E. Justice, WSBA No. 23042
9                                                    Attorney for Defendants Yakima County
                                                     Department of Corrections, Ed Campbell and
                                                     Christina Freeburg
10                                                   P.O. Box 11880, Olympia, WA 98508
                                                     Phone:  (360) 754-3480 Fax: 360-754-3480
11                                                   Email: jjustice@lldkb.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**YAKIMA COUNTY DEFENDANTS' ANSWER – 6**
**Cause No.:  3:21-cv-05502-LK-TLF**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1

**CERTIFICATE OF FILING AND SERVICE**

2

I hereby certify under penalty of perjury under the laws of the State of Washington that

3

on this date, I caused to be electronically filed the foregoing document with the Clerk of the

4

Court using the CM/ECF system, who will send notification of such filing to the following

5

party:

6

7

***<u>Plaintiff Pro Se</u>:***
Sabrina Kendall, DOC No. 729655

8

Washington Corrections Center for Women
9601 Bujacich Road NW

9

Gig Harbor, WA 98332-8300
DOCWCCWInmateFederal@DOC1.WA.GOV

10

11

***Counsel for Defendant Washington
Department of Corrections,***

12

***Steven Sinclair, Lisa Anderson-Longano,
Paul Clark and Jo Wofford:***

13

Mark J. Rachel
Attorney General's Office (Tacoma)

14

1250 Pacific Ave Ste 105
P.O. Box 2317

15

Tacoma, WA 98401-2317

16

mark.rachel@atg.wa.gov

17

DATED this 21st day of April, 2022 at Tumwater, WA.

18

*/s/ Tam Truong*

19

_____
Tam Truong, Legal Assistant

20

21

22

23

24

25

26

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*