May 8, 2022

ATTN:

United States District Court Western District of Washington -

I Sabrina Marie Kendall am requesting more time from the courts to answer Interrogatories due to unaccess to law library. The law library has been closed alot due to covid restrictions and lack of staff availability. My unit at WCCW just went on quarentine as of Sunday May 8. I am asking for an extension of 90 days because of these reasons.

Case # 3:21-cv-05502-BHS-TLF

Thank you for your time and consideration in this matter.

Sabrina Kendall 729655

S. Kendall