The Honorable Lauren King
Magistrate Theresa L. Fricke

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SABRINA MARIE KENDALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et. al.,<br><br>　　　　　Defendants. | NO. 3:21-cv-05502-LK-TLF<br><br>DECLARATION OF MARK RACHEL IN SUPPORT OF STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION TO ANSWER INTERROGATORIES |

I, Mark J. Rachel, declare under penalty of perjury under the laws of the State of Washington that the following is true and accurate:

1.　I am over the age of 18, competent to testify as to the matters stated herein, and make this declaration based on my personal knowledge. I am an Assistant Attorney General assigned to represent the Washington State Department of Corrections, Stephen Sinclair, Deborah "Jo" Wofford, Lisa Anderson-Longano, MD, and Paul Clark (collectively "State Defendants") in this litigation.

2.　On 14 April 2022, on behalf of State Defendants, I caused to be served by first-class mail, postage prepaid, Defendants' [sic] First Interrogatories and Requests for Production to Sabrina Marie Kendall, containing discovery requests pursuant to FRCP 26, 33, and 34, i.e. interrogatories and requests for production of documents.

DECLARATION OF MARK RACHEL ISO OF STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION TO ANSWER INTERROGATORIES
NO. 3:21-cv-05502-LK-TLF

1

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

3. On 16 May 2022, I deposed the Plaintiff in this matter, Sabrina Marie Kendall. During off-record discussions, Ms. Kendall raised the topic of her letter filed on 9 May 2022 in this case at Dkt. 27, and acknowledged that she was referencing therein State Defendants' written discovery described above.

4. Ms. Kendall wanted to confirm that I understood her filing as requesting an additional 90 days to respond to the written discovery which State Defendants had served upon her, and the basis for her requesting such relief as reflected in her letter.

5. In the ensuing discussion, I confirmed the same and explained that State Defendants would be responding that they do not oppose her request for additional time, so long as the discovery cutoff and all associated pretrial deadlines are likewise extended. My perception was that Ms. Kendall acknowledged understanding that intention.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 17th day of May, 2022.

ROBERT W. FERGUSON
Attorney General

*s/ Mark Rachel*
MARK J. RACHEL, WSBA No. 54395
Assistant Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98402-2317
Telephone: (253) 593-5243
FAX: (253) 593-2449
E-mail:  Mark.Rachel@atg.wa.gov
Attorney for State Defendants

DECLARATION OF MARK RACHEL
ISO OF STATE DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION
FOR EXTENSION TO ANSWER
INTERROGATORIES
NO.  3:21-cv-05502-LK-TLF

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

# DECLARATION OF SERVICE

I declare that on this 17th day of May, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sabrina M. Kendall, DOC #729655
Washington Corrections Center for Women
9601 Bujacich Rd NW
Gig Harbor, WA 98322
DOCWCCWInmateFederal@DOC1.WA.GOV

John E. Justice
P.O. Box 11880
Olympia, WA 98508
Attorney for Defendants Yakima County Defendants
jjustice@lldkb.com
tam@lldkb.com
tmonroe@lldkb.com
lisa@lldkb.com

DATED this 17th day of May, 2022.

ROBERT W. FERGUSON
Attorney General

*s/ Mark Rachel*
MARK J. RACHEL, WSBA No. 54395
Assistant Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98402-2317
Telephone: (253) 593-5243
FAX: (253) 593-2449
E-mail:  Mark.Rachel@atg.wa.gov
Attorney for State Defendants

DEFENDANTS' ANSWER TO PLAINTIFF'S MOTION FOR EXTENSION TO ANSWER INTERROGATORIES
NO.  3:21-cv-05502-BHS-TLF

3

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243