THE HONORABLE THERESA L. FRICKE
THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SABRINA MARIE KENDALL,<br><br>             Plaintiff,<br><br>vs.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>             Defendants. | NO.  3:21-cv-05502-LK-TLF<br><br>DECLARATION OF JOHN E. JUSTICE IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE |

I, John E. Justice, declare under penalty of perjury under the laws of the State of Washington and the United States that the following is true and correct to the best of my personal knowledge:

1. I am counsel of record for Yakima County Defendants in this matter. I am over the age of eighteen and am competent to testify to the matters stated herein.

2. The plaintiff's deposition was taken in this case on May 16, 2022. During that deposition, the parties discussed the proposal to ask this Court to extend all currently scheduled dates 90 days due to the difficulties plaintiff is facing in custody with COVID restrictions, and the scheduling challenges faced by defense counsel in completing discovery and preparing

DECLARATION OF JOHN E. JUSTICE IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE – 1
Cause No.:  3:21-cv-05502-LK-TLF

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

potential dispositive motions.  Counsel for the State, Yakima County and Ms. Kendall agreed, subject to Court approval, to seek a 90 day extension of each of the currently scheduled dates to complete remaining discovery and prepare dispositive motions, if warranted.

3. The scheduling challenges facing Yakima Counties defense counsel including preparing for a trial in federal court in the Eastern District of Washington that is scheduling to begin on July 11, 2022.  That would put trial preparation and the start of trial at the same time as the dispositive motion deadline and associated briefing scheduling in this case.  I understand from counsel for the State of Washington that he is also in the midst of back to back jury trials for the next couple of months.

4. No additional requests for extensions are anticipated by Yakima County.

Dated this 18th Day of May, 2022, at Tumwater, Washington.

*s/ John E. Justice*_____
John E. Justice

**DECLARATION OF JOHN E. JUSTICE IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE – 2**
**Cause No.:  3:21-cv-05502-LK-TLF**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511