UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SABRINA KENDALL,<br><br>                    Plaintiff,<br><br>       v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendants. | Case No. 3:21-cv-5502-LK-TLF<br><br>ORDER AMENDING PRETRIAL SCHEDULE |

This matter comes before the Court on plaintiff's motion for extension of time (Dkt. 27) and defendants' motion to continue dates (Dkt. 30).

Plaintiff requests a 90-day extension of time to respond to discovery because she does not currently have access to the law library due to the COVID-19 pandemic. Dkt. 27. Defendants have filed a response stating that defendants do not oppose an extension of the discovery deadline, but request that all pretrial deadlines be similarly extended. Dkt. 28. Defendants' motion to continue requests that the Court continue all pretrial deadlines by 90 days. Dkt. 30. Defendants indicate that plaintiff does not oppose this 90-day continuance. Dkt. 30.

Based on the foregoing, the Court finds good cause to grant plaintiff's motion for extension of time (Dkt. 27) and defendants' motion to continue the pretrial deadlines (Dkt. 30). The Court sets the following pretrial deadlines:

- Discovery Completion Date: August 19, 2022
- Motion to Compel Deadline: September 2, 2022
- Dispositive Motion Deadline: September 16, 2022

Dated this 31st day of May, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULE - 2