UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SABRINA KENDALL,<br><br>               Plaintiff,<br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>               Defendants. | Case No. 21-5502-LK-TLF<br><br>ORDER GRANTING EXTENSION OF TIME |

This matter comes before the Court on plaintiff's motion for extension of time. Dkt. 35. Plaintiff initially filed this action as a *pro se* litigant. Plaintiff is now being represented by counsel in this action. Dkt. 33-34.

Plaintiff filed a motion for extension of time explaining that plaintiff's counsel and defendants are currently engaging in ongoing settlement discussions to resolve this matter. Dkt. 35. Plaintiff requests an extension of time to all pending deadlines to allow the parties to focus their efforts on reaching a settlement. Dkt. 35. Defendants have not opposed plaintiff's motion.

Based on the foregoing, the Court finds good cause to grant plaintiff's requested extension of time. The Court sets the following amended deadlines:

- Discovery Completion Date: September 19, 2022;
- Motion to Compel Deadline: October 7, 2022; and

- Dispositive Motion Deadline: October 21, 2022.

The Clerk is directed to send a copy of this order to the parties in this litigation.

Dated this 26th day of August, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 2